UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case:<br><br>**COMPLAINT FOR DAMAGES** |

Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its attorneys, Clerkin, Sinclair & Mahfouz, LLP, complaining against United States of America, alleges as follows:

1.　　This is a civil action against the United States of America brought pursuant to the Federal Tort Claims Act, 28 USC §2671 et seq. Jurisdiction is proper pursuant to 28 U.S.C. §1346.

2.　　Venue of this action is based on 28 U.S.C. §1402. All or part of the acts or omissions giving rise to Plaintiff's claims occurred in this judicial district. The accident, as discussed below, occurred in this judicial district.

**PARTIES**

3.　　State Farm Mutual Automobile Insurance Company ("Plaintiff") is, and was, an Illinois corporation, authorized to transact business in the State of Maine. Plaintiff is, and was, authorized to transact business in the State of Maine as an insurer.

4.　　At all relevant times herein referenced, Danielle Ely ("Insured") was an individual, residing in the County of York, State of Maine, insured by Plaintiff, and the owner of the vehicle that is the subject of this matter.

5.　　Defendant United States of America ("Defendant") exists under and by virtue of its own laws, has waived sovereign immunity, and is subject to liability for the torts alleged herein pursuant to 28

CSM File No. 19-5OZ5-94B

U.S.C. §2674.

## GENERAL ALLEGATIONS

6. Upon information and belief, on or about June 9, 2023, an employee of the United States Postal Service, John Ober, who at all times herein was acting within the scope of their employment or agency with the United States Postal Service, was traveling on State Road, in Eliot, York County, Maine. Mr. Ober made an unsafe turn into a parking area and collided with Insured's vehicle causing property damage.

7. Upon information and belief, the people responsible for the safety of the driving of the Defendant's vehicle, were all employees and/or agents of the United States of America, and/or the United States Postal Service, and acting within their scope of their employment or agency.

8. At all relevant times herein referenced, Insured is, and was insured against loss and/or damages by Plaintiff under a policy of insurance ("Insurance"), issued by Plaintiff to Insured as the named insured.

9. Said insured complied with all terms and conditions of said policy and by agreement with Plaintiff filed proof of loss specifying the loss caused by said incident to be in the sums as set out below, and said sums were paid by Plaintiff to or for the benefit of Insured a the request of Insured.

### Cause of Action:

### I. Negligence

10. Plaintiff alleges and incorporates by reference paragraphs 1 through 9 of this Complaint as if set forth in full herein.

11. The damage to the Insured's vehicle was caused by the negligent, careless, and wrongful acts and/or omissions to act of the United States of America, through its agents, servants, and employees, acting within the scope of their agency/employment.

CSM File No. 19-50Z5-94B

12. Among other things, The United States of America negligently and or carelessly failed to exercise reasonable care, including but not limited to one or more of the following ways:

(a) In causing its vehicle to collide with the Insured's vehicle;

(b) In failing to exercise due care towards motorists/vehicles using State Road, including the Insured's vehicle;

(c) In failing to not hit the Insured's vehicle as described above;

(d) In failing to properly supervise the agents/employees of the United States of America and/or the United States Postal Service, involved in the vehicle driving activities, namely John Ober;

13. As a direct and proximate result of the negligence, in one or more ways as described above, of the Defendant, and the damages caused by the Defendant, for the collision of the Insured's vehicle by the United States Postal Service vehicle, and after receiving proof of loss, Plaintiff under its policy, paid to or on behalf of its Insured and the driver and/or passengers in the vehicle the sum of $3,644.00 and became subrogated to that amount.

## II. Damages

14. On or about October 16, 2023, Plaintiff made a claim for damages, for and in the amount of damages as described above, against United States of America and/or the United States Postal Service and John Ober. On or about May 6, 2024, United States of America denied Plaintiff's claim and refused to pay said amount of damages.

15. Therefore, Plaintiff is entitled to its right of subrogation to recover said sums, $3,644.00.

CSM File No. 19-50Z5-94B

### III. Claim for Relief

WHEREFORE, Plaintiff prays judgment as against Defendant as follows:

1. For the sum of $3,644.00;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court may deem just and proper. .

Dated ____10/15/2024_____

CLERKIN, SINCLAIR & MAHFOUZ, LLP

By: _____
Aaron S. Imhoff, Esq.    SBN: 010184
Attorney for Plaintiff
me-eservice@clerkinlaw.com
3333 Camino Del Rio South, Suite 120
San Diego, CA 92108
(619) 308-6550

CSM File No. 19-5OZ5-94B